IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALLISON KESSLER, | ) Case No. 1:10-CV-07399 |
| Plaintiff, | ) ) Judge: Harry D. Leinenweber |
| v. | ) ) Magistrate Judge: Michael T. Mason |
| BOARD OF DIRECTORS OF THE 401 E. ONTARIO CONDOMINIUM ASSOCIATION, | ) ) ) ) |
| Defendant. | ) ) |

## JOINT PROPOSED RULE 26(F) DISCOVERY PLAN

Plaintiff Allison Kessler, by and through her attorneys Seyfarth Shaw LLP, and Defendant Board of Directors of the 401 E. Ontario Condominium Association, by and through its attorneys Doherty & Progar LLC, jointly propose the following discovery plan:

1. Rule 26(a)(1) disclosures were made on or before March 15, 2011.

2. All motions which seek to amend the pleadings or add parties must be filed and served on or before June 1, 2011.

3. Discovery subjects: The parties will require discovery as to Plaintiff's claims of discrimination and retaliation under the Fair Housing Act.

4. Fact discovery will be completed by September 30, 2011.

5. Plaintiff's expert witnesses will be disclosed by September 30, 2011.

6. Defendant's expert witnesses will be disclosed by October 31, 2011.

7. All expert discovery, including depositions, will be concluded by December 15, 2011.

8. Dispositive motions shall be served on opposing counsel by January 16, 2011.

9. Electronically Stored Information: The parties shall exchange electronic copies of all discoverable electronically stored information, including all video and photographic information.

10. Privilege: The parties shall complete logs of any materials withheld on claims of privilege. A party receiving inadvertently produced privileged material shall return it to the producing party upon written notice of the inadvertent production. If the parties dispute whether

13062249v.3

materials are privileged, the producing party may file a motion for a protective order seeking the return of the materials that were inadvertently produced.

11. Protective Order: If either party believes a Protective Order is necessary, the parties shall jointly submit a proposed Protective Order.

12. Proposed changes in the limitations on discovery under the rules: None.

13. Other orders the Court should issue under the rules: None anticipated at this time.

14. The dates for the final pretrial conference and trial shall be set by the Court.

| Dated: May 3, 2011 | RESPECTFULLY SUBMITTED,<br><br>s/Elizabeth S. Ralph<br>One of the Attorneys for Plaintiff |
|---|---|

Andrea C. Okun
Elizabeth S. Ralph
Seyfarth Shaw LLP
131 South Dearborn Street, Suite 2400
Chicago, IL 60603
Tel:   (312) 460-5000
Fax:   (312) 460-7000

Kenneth M. Walden
Kim Borowicz
Access Living of Metropolitan Chicago
115 West Chicago Avenue
Chicago, IL  60654
Tel:   (312) 640-2136
Fax:   (312) 640-2101

13062249v.3