# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| ALLISON KESSLER, ) | Case No. 1:10-CV-07399 |
| ) | |
| Plaintiff, ) | Judge: Harry D. Leinenweber |
| ) | |
| v. ) | Magistrate Judge: Michael T. Mason |
| ) | |
| BOARD OF DIRECTORS OF THE ) | |
| 401 E. ONTARIO CONDOMINIUM ) | |
| ASSOCIATION, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION TO DISMISS WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rule of Civil Procedure 41, by and between Plaintiff Allison Kessler and Defendant Board of Directors of the 401 E. Ontario Condominium Association, through their respective counsel, that this case be dismissed with prejudice with each party to bear its own costs and fees.

Dated: October 12, 2011                Respectfully submitted,

ALLISON KESSLER                BOARD OF DIRECTORS OF THE 401 E. ONTARIO CONDOMINIUM ASSOCIATION

By: /s/ Elizabeth S. Ralph            By: /s/ Brian T. Ginley
Andrea C. Okun                Kevin W. Doherty
Elizabeth S. Ralph                Brian T. Ginley
Seyfarth Shaw LLP                Doherty & Progar LLC
131 S. Dearborn St., Suite 2400            200 W. Adams St., Suite 2220
Chicago, Illinois 60603            Chicago, Illinois 60606
Tel: (312) 460-5000                Tel: (312) 630-9630
Fax: (312) 460-7000                Fax: (312) 630-9001

Kenneth M. Walden
Kim Borowicz
Access Living of Metropolitan Chicago
115 West Chicago Avenue
Chicago, IL 60654
Tel: (312) 640-2136
Fax: (312) 640-2101

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that she caused a copy of the foregoing **STIPULATION TO DISMISS WITH PREJUDICE** to be served upon the following counsel of record via the Court's electronic filing system (ECF) on this 12th day of October, 2011:

>Kevin W. Doherty
>Brian T. Ginley
>Doherty & Progar LLC
>200 W. Adams St., Suite 2220
>Chicago, IL 60606-5231
>kwd@doherty-progar.com
>btg@doherty-progar.com

>s/ Elizabeth S. Ralph